AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-mj-00016 |
| DEON CROCKER | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 24, 2023  in the county of  Marion  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113(a)(5) | Assault (misdemeanor) |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation (FBI) Special Agent Craig Robinson.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Craig Robinson, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  2:55  a.m./p.m.

Date: January 25, 2023

Jolie A. Russo
*Judge's signature*

City and state:  Portland, Oregon   Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*