3:23-mj-00016

DISTRICT OF OREGON, ss:                                    AFFIDAVIT OF CRAIG ROBINSON

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Craig Robinson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.  I have been a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") since March 2020. I am currently assigned to the Salem Resident Agency in Portland, Oregon, Field Office. I have training and experience in federal criminal law and procedure, interview and interrogation techniques, arrest procedures, search and seizure procedures, computer crimes, evidence identification and collection, including electronic evidence. I have personally been involved in matters concerning white collar crimes, illegal narcotics, gun crimes, and the sexual exploitation of children.

2.  I submit this affidavit in support of a criminal complaint and arrest warrant for Deon Crocker, an American Indian male with date of birth 12-xx-2004, for Assault in violation of 18 U.S.C. § 113(a)(5). As set forth below, there is probable cause to believe, and I do believe, that he committed Assault in violation of 18 U.S.C. § 113(a)(5).

3.  This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.      Title 18 U.S.C. § 113(a) prohibits the assault of a person within the special maritime and territorial jurisdiction of the United States. Title 18 U.S.C. § 113(a)(5) states that a person who is guilty of simple assault within the special maritime and territorial jurisdiction of the United States shall be punished by a fine under this title or imprisonment for not more than six months, or both.

## Statement of Probable Cause

5.      On January 24, 2023, Adult Victim 1, with a date of birth 10-xx-2004, reported to a Chemawa school staff member that she was assaulted by her boyfriend, Deon Crocker (Crocker), sometime between approximately 8:00 pm and 10:00 pm. Adult Victim 1 stated that her and Crocker got into a fight inside the Wellness Room located inside the Chemawa Indian School. Crocker then closed the doors to the Wellness Room and locked himself and Adult Victim 1 inside, and Crocker hit her over the head with his hands and kicked her in the legs and stomach. Crocker also struck her with a water bottle on her shoulder. Crocker also turned on a vacuum so that no one could hear him hitting Adult Victim 1. Adult Victim 1 reported that Crocker was yelling at her, saying "you're making me do this" and "I don't want to have a baby" while hitting her in the stomach. The staff member then provided the information to Bureau of Indian Affairs Chemawa school resource officers. I know that the Chemawa Indian School is located in Salem, Oregon and is a federal enclave and within the special maritime and territorial jurisdiction of the United States.

6.      Adult Victim 1 and Crocker were interviewed by Bureau of Indian Affairs Lieutenant Tyler Schultz. I spoke with Lt. Schultz, and he provided the following information.

**Affidavit of Craig Robinson**                                                                                                                                   **Page 2**

In summary, Adult Victim 1 also told Lt. Schultz that, while inside the Wellness Room located at the Chemawa Indian School Crocker closed the doors and locked himself and Adult Victim 1 inside. While inside Crocker hit Adult Victim 1 over the head with his hands and kicked her in the legs and stomach, all while yelling at her. Crocker also struck Adult Victim 1 with a water bottle on her shoulder. Crocker also turned on a vacuum so that no one could hear him hitting Adult Victim 1. Lt. Schultz observed visible scrapes on Adult Victim 1's legs.

7.     Lt. Schultz also interviewed Crocker, after advising him of his constitutional *Miranda* rights, which Crocker said he understood. Crocker admitted assaulting Adult Victim 1. Crocker recalled that they were in the Wellness Room, that he shut the door, locked it, and proceeded to hit Adult Victim 1 in the head approximately three times. Crocker also admitted to striking Adult Victim 1 with a water bottle and that he turned on a buffer so that no one could hear them fight. After the interview, Lt. Schultz observed Crocker on his cell phone texting Adult Victim 1 regarding the assault. Lt. Schultz viewed Crocker's phone, with Crocker's permission, and took screenshots of the conversation with Adult Victim 1. Screenshots of the text messages are below:

///

///

///

**Affidavit of Craig Robinson**                                                                                    **Page 3**



///

///

///

**Affidavit of Craig Robinson**                                                                                                          **Page 4**



8.        At approximately 2:07 am, I also interviewed Crocker. After being read his *Miranda* Rights and stating he understood his rights, Crocker provided the following information to me. Crocker told me that for the past three weeks, Crocker and Adult Victim 1 had been arguing regularly and Adult Victim 1 would constantly get mad at him. After the basketball game on January 24, 2023, Crocker couldn't take Adult Victim 1's attitude toward him and he started fighting with her. Crocker said they were in the Wellness Room inside the Chemawa Indian School when they started fighting. Crocker said that Adult Victim 1 went to leave when she tripped and fell behind a desk in the Wellness Room. As Crocker approached her, he ran

**Affidavit of Craig Robinson**                                                                                                                      **Page 5**

into her with his boot. When she was down on the ground, Crocker started hitting Adult Victim 1, once in the head with his hand, and then two to three times in the stomach and arms. Crocker picked up a water bottle and hit Adult Victim 1 in her leg once. After the fight, Crocker went into another room while Adult Victim 1 walked out of the Wellness Room. During the fight, the doors to the Wellness Room were open, and there were three staff members and two other workers outside of the room working, but they did not see or hear anything as the workers were working on buffers. Crocker thought that his and Adult Victim 1's boss, Jim, may have been outside as well, but that he didn't see or hear anything. After Adult Victim 1 left, Crocker closed the doors to the Wellness Room. Crocker admitted full responsibility for initiating the fight and felt remorse and guilt over his actions.

## Conclusion

9.  Based on the foregoing, I have probable cause to believe, and I do believe, that Deon Crocker, an American Indian male, with date of birth 12-xx-2004, committed the crime of Assault, in violation of 18 U.S.C. § 113(a)(5). I therefore request that the Court issue a criminal complaint and arrest warrant for Crocker.

10. Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested arrest warrant were all reviewed by Assistant United States

///

///

///

Attorney (AUSA) Scott Kerin and AUSA Kerin advised me that, in his opinion, the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ *By phone*
Craig Robinson
FBI Special Agent

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:55 pm on January 25, 2023.

_____
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Craig Robinson**                                                                 **Page 7**